# United States Court of Appeals
## For the First Circuit

—————————————

Nos.   24-1841
         24-1842

UNITED STATES,

Appellee,

v.

REYNALDO ROSA-BORGES,

Defendant - Appellant.

—————————————

**ORDER OF COURT**

Entered: April 16, 2025
Pursuant to 1st Cir. R. 27.0(d)

The court issued a briefing schedule in this case on October 17, 2024.  Since that time, counsel has been allowed extensions of time totaling 134 days.  Counsel has been warned that no further extensions should be expected.  The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing.

Accordingly, counsel is reminded of his responsibilities to this court and his client and is ordered to file appellant's opening brief and appendix on or before **April 30, 2025**.  No further extensions of this deadline should be sought or expected.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariana E. Bauzá Almonte, Rachel Brill, Nicholas Warren Cannon, Michele Colón-Garcia, John Joseph Connors, Jonathan L. Gottfried, Cherrelle T. Herbert, Kevin Lerman, Victor P. Miranda-Corrada, Franco L. Pérez-Redondo, Juan Carlos Reyes-Ramos, José A. Ruiz-Santiago, Vivian I Torralbas-Halais